FILED
July 18, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003637677

5

Carl W. Collins (State Bar No. 109282)
Attorney at Law
1127-12th Street, Suite 202
P.O. Box 3291
Modesto, California  95353
Telephone (209) 521-8100
Facsimile (209) 524-8461
E-mail carl@cwcollinslaw.com

Attorney for Trustee
James E. Salven

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | |
|---|---|
| In re:<br><br>Tommy D. Phipps and<br>Madeline E. Preheim,<br><br>P.O. Box 804<br>Auberry, CA 93602<br><br>SS. XXX-XX-5518<br>SS. XXX-XX-5110<br><br>Debtors. | Case No: 09-60084<br><br>Chapter 7 Case<br><br>DC No. CWC-2<br><br><br><br><br>Date:  August 17, 2011<br>Time:  9:00 a.m.<br>Place: Department A<br>       Courtroom 11 |

**MOTION FOR AUTHORIZATION TO SELL**

**REAL PROPERTY OF THE ESTATE**

**(28824 Cassandra Road, Tollhouse, CA)**

To: The Honorable Whitney Rimel, U.S. Bankruptcy Judge:

    James E. Salven, the duly qualified and acting trustee in this case, pursuant to 11 U.S.C. § 363(h) and (j) and Federal Rule of Bankruptcy Procedure 6004, respectfully represents:

    1.  This Court has jurisdiction of this matter under 28 U. S. C. §§ 1334 and 157(a).

    2.  On October 19, 2009, the Debtors filed a petition under Chapter 7 of the Bankruptcy Code, in the above-entitled Court.

James E. Salven, has been appointed Chapter 7 Trustee in this case.

3. Among the assets which constitute property of the bankruptcy estate is an undivided one-half interest of the Debtor, Thomas D. Phipps, in real property located at 28824 Cassandra Road, Tollhouse, CA, APN 140-240-14 (the "Subject Property"), more particularly described in the Preliminary Title Report dated May 27, 2011 of Fidelity National Title Company attached to the List of Exhibits filed concurrently herewith.

4. Claudine Phipps (the "Co-owner"), the mother of Tommy D. Phipps, owns an undivided one-half interest in the subject real property. Pursuant to an Order of the court entered on October 21, 2010 (Docket No. 29 in Adversary Proceeding 10-01084), the Trustee is authorized to market and sell said Co-owner's undivided one-half interest in the Subject Property pursuant to 11 U.S.C. § 363(h) and (j), with such sale to be subject to further court approval.

5. The Trustee has entered into an agreement with Joseph and Michele Currin (the "Buyers"), 3149 Butte Street, Santa Clara, CA 95051, or nominee, for sale of the Subject Property for $40,000.00 in cash upon the terms and conditions described in the Vacant Land Purchase Agreement and Joint Escrow Instructions dated May 15, 2011 (the "Agreement") which is annexed to the List of Exhibits filed concurrently herewith.

6. In addition, the Agreement provides for the transfer to the Buyers of a mobile home #AAR1596 located on the Subject Property which has no value.

7. The Buyers have deposited the sum of $1,000.00 with the

Trustee to be held in trust pending court approval of the sale. The sale is subject to Bankruptcy Court approval and subject to third party overbids at the hearing on this matter. Prior to the hearing on this matter, all third party bidders must deposit $1,000.00 in certified funds with the Trustee and agree to execute a contract with terms and conditions identical to the Agreement in order to be eligible to make overbids at the hearing. All deposits of unsuccessful bidders are fully refundable.

8. Under the terms of a separate agreement, London Properties, the bankruptcy estate's licensed real estate broker, will split a brokerage fee of 6% of the sales price with Guarantee Real Estate, buyer's licensed real estate broker.

9. The Trustee is informed and believes that the bankruptcy estate will not incur any adverse tax consequences from the sale.

10. Said sale will fully pay all liens, encumbrances, taxes, etc. on the property. The costs and expenses of such sale include, but are not limited to, all closing costs, all property taxes and assessments and the real estate brokers' commission.

11. In the event that the Co-owner elects to not purchase the property at the price at which this sale is to be consummated under 11 U.S.C. § 363(i), the Co-owner will receive one-half of the net sale proceeds, less the costs and expenses of such sale, directly from escrow pursuant to 11 U.S.C. § 363(j). The costs and expenses of such sale include, but are not limited to, all closing costs, all property taxes and assessments and the real estate brokers' commission.

12. Said sale represents the Trustee's best efforts to sell

the Subject Property for the highest possible price and the Trustee believes that the proposed sale is in the best interest of the estate.

WHEREFORE, the Trustee, James E. Salven, prays for an Order of this Court:

1. Authorizing the Trustee, pursuant to 11 U.S.C. § 363(h) to sell the interest of the Debtor, Thomas D. Phipps, and the interest of the Co-owner, Claudine Phipps, in the real property located at 28824 Cassandra Road, Tollhouse, CA, APN 140-240-14, and the mobile home #AAR1596 to Joseph and Michele Currin, or nominee, for the sum of $40,000.00 in cash upon the terms and conditions in the above-described Agreement;

2. Authorizing the Trustee to pay through escrow all costs and expenses of the sale including but not limited to, all closing costs, all property taxes and assessments and the payment of a real estate commission in the amount of 6% of the sale price to be split between London Properties, the bankruptcy estate's licensed real estate broker, and Guarantee Real Estate, buyer's licensed real estate broker;

3. Authorizing the Co-owner, Claudine Phipps, to receive one-half of the net sale proceeds directly from escrow after payment of all costs and expenses of the sale pursuant to 11 U.S.C. § 363(j);

4. Authorizing such overbids as may be submitted at the time of the hearing on this Motion, subject to such terms and conditions as may be required by the Trustee and/or the Court;

5. Authorizing the execution and delivery by the Trustee of any and all documents which may be necessary or convenient to conclude the transaction; and

6.   Granting such other and further relief as the court
deems proper.

Dated: 7-13-11                    Respectfully Submitted,

                                  Law Office of Carl W. Collins

                                  _____
                                  Carl W. Collins, Esq.
                                  Attorney for Trustee

MOTION FOR AUTHORIZATION TO SELL
REAL PROPERTY OF THE ESTATE
(28824 Cassandra Road, Tollhouse, CA)         5